JOSEPH R. WETZEL (SBN 238008)
*jwetzel@kslaw.com*
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  415.318.1200
Facsimile:   415.318.1300

Attorneys for Defendants,
EQUIFAX INC., SUSAN MAULDIN, MARY HANNAN,
GRAEME PAYNE, HAROLD BOUTIN, ROBERT FRIEDRICH,
VIDYA SAGAR JAGADAM, LARA PEARSON, SHEA GIESLER,
CLIFF BARBIER, and JOE SANDERS

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARSON BLOCK, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC., a Georgia Corporation;<br>RICHARD F. SMITH, an Individual,<br>SUSAN MAULDIN, an Individual,<br>MARY HANNAN, an Individual,<br>GRAEME PAYNE, an Individual,<br>HAROLD BOUTIN, an Individual,<br>ROBERT FRIEDRICH, an Individual,<br>VIDYA SAGAR JAGADAM, an<br>Individual, LARA PEARSON, an<br>Individual, SHEA GIESLER, an<br>Individual, CLIFF BARBIER, an<br>Individual, JOE SANDERS, an<br>Individual, and DOES 1 through 25,<br>inclusive;<br><br>    Defendants. | Case No. 5:17-cv-05367-BLF<br><br>**STATUS UPDATE REGARDING ACTIONS RELATED TO IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION, MDL NO. 2800.**<br><br>Hon. Beth Labson Freeman |

1    Pursuant to the Court's Order of December 13, 2017 (Dkt. 37), Defendants Equifax Inc.,

2  Susan Mauldin, Mary Hannan, Graeme Payne, Harold Boutin, Robert Friedrich, Vidya Sagar

3  Jagadam, Lara Pearson, Shea Giesler, Cliff Barbier, and Joe Sanders (collectively "Equifax")

4  hereby notify the Court that on December 8, 2018, the United States Judicial Panel on

5  Multidistrict Litigation ("JPML") entered a conditional transfer order ("CTO") conditionally

6  transferring 165 actions relating to the data security incident Equifax announced on September 7,

7  2017 to the United States District Court for the Northern District of Georgia for coordinated or

8  consolidated pretrial proceedings in *In re Equifax, Inc., Customer Data Security Breach*

9  *Litigation*, MDL No. 2800 ("*In re Equifax*").  A copy of the JPML's CTO is attached as Exhibit 1.

10  Of the thirteen (13) actions for which this Court requested a status report, all but one action—

11  *DiMichele, et al. v. Equifax, Inc.*, No. 17-cv-06527[1]—were subject to the CTO and thus

12  conditionally transferred to the *In re Equifax* proceeding.  Further, none of the Plaintiffs in the

13  twelve (12) conditionally transferred cases filed an objection to the CTO, and therefore transfer of

14  those cases became effective on December 18, 2017.  A copy of the JPML's Finalized CTO is

15  attached as Exhibit 2.  This case is now governed by the case management order in *In re Equifax*,

16  and an initial case management conference has been scheduled for a January 9, 2017.

---

[1] Equifax has not been served in the *DiMichele* action, and therefore Equifax has not yet noticed that action to the JPML for inclusion in the *In re Equifax* proceeding.  However, Equifax has contacted Plaintiff's counsel and offered to waive service; once service is effected, Equifax will notice the case to the JPML, and Equifax expects the case to be transferred to the *In re Equifax* proceeding shortly thereafter.

DATED:  December 19, 2017

**KING & SPALDING LLP**

By:  /s/ Joseph R. Wetzel

JOSEPH R. WETZEL (SBN: 238008)
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone:  415.318.1200
Facsimile:  415.318.1300
Email:       jwetzel@kslaw.com

*Attorneys for Defendants* EQUIFAX INC.,
SUSAN MAULDIN, MARY HANNAN,
GRAEME PAYNE, HAROLD BOUTIN,
ROBERT FRIEDRICH, VIDYA SAGAR
JAGADAM, LARA PEARSON, SHEA
GIESLER, CLIFF BARBIER, and
JOE SANDERS